UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| STEVEN JIL,<br>            Plaintiff<br><br>v.<br><br>COUNTY OF YORK and WILLIAM KING,<br>            Defendants | )<br>)  Docket No. 2:16-cv-00466-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER AND AFFIRMATIVE DEFENSES**

NOW COME Defendants York County and William King, by and through undersigned counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

AFFIRMATIVE DEFENSES

A.  Plaintiff's Complaint fails to state a cause of action upon which relief may be granted.

B.  Defendant King is entitled to qualified immunity.

C.  Plaintiff has not suffered any compensable damages resulting from the claims alleged in Plaintiff's Complaint.

D.  Plaintiff's damages, if any, were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than the Defendants.

E.  Plaintiff's damages, if any, were directly and proximately caused by a legally sufficient superseding/intervening cause.

F.  Plaintiff has failed to mitigate his damages as required by law.

ANSWER

1. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

2. Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

3. Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

4. Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

5. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

6. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

7. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

8. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

9. Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

10. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny

same.

11. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

12. Defendants admit the allegations contained in this paragraph of Plaintiff's Complaint.

13. Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

## Count 1 - Violation of 42 U.S.C. § 1983

14. Defendants repeat and reassert its responses to Paragraphs 1 through and including 13 of Plaintiff's Complaint as if fully set forth herein.

15. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

16. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

17. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

18. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

19. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

20. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

21. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

22. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

23. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

24. Defendants deny the allegations contained in this paragraph of Plaintiff's Complaint.

WHEREFORE, Defendants pray that judgment be entered in their favor and against Plaintiff on all counts, plus their costs, interest, and attorneys fees.

Dated: December 27, 2016                     /s/ Peter T. Marchesi
                                             Peter T. Marchesi, Esq.


                                             /s/ Cassandra S. Shaffer
                                             Cassandra S. Shaffer, Esq.

                                             Wheeler & Arey, P.A.
                                             Attorneys for Defendants
                                             27 Temple Street, P.O. Box 376
                                             Waterville, ME 04903-0376

## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| STEVEN JIL,<br>　　　　　Plaintiff<br><br>v.<br><br>COUNTY OF YORK and WILLIAM KING,<br>　　　　　Defendants | )<br>)　Docket No. 2:16-cv-00466-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for the York County Defendants, hereby certify that:

● Answer and Affirmative Defenses

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　　Robert Levine, Esq.　　　　*lroberta@maine.rr.com*

Dated: December 27, 2016　　　　　　　　　　 /s/ Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　27 Temple Street, P.O. Box 376
　　　　　　　　　　　　　　　　　　　　　Waterville, ME  04903-0376