# UNITED STATES DISTRICT COURT
## District of Maine

|  |  |  |
|---|---|---|
| STEVEN JIL, | ) | Docket No. 2:16-cv-00466-GZS |
| Plaintiff | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| COUNTY OF YORK and WILLIAM KING, | ) |  |
| Defendants | ) |  |
|  | ) |  |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate that the above-entitled matter may be dismissed, with prejudice and without costs or interest to any party.

Dated:  April 20, 2017                        /s/  Robert A. Levine
                                                          Robert A. Levine, Esq.
                                                          Attorney for Plaintiff

Dated:  April 20, 2017                        /s/  Peter T. Marchesi
                                                          Peter T. Marchesi, Esq.
                                                          Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| STEVEN JIL, | ) | |
| Plaintiff | ) | Docket No. 2:16-cv-00466-GZS |
| | ) | |
| v. | ) | |
| | ) | |
| COUNTY OF YORK and WILLIAM KING, | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for the York County Defendants, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Robert Levine, Esq.          *lroberta@maine.rr.com*

Dated:  April 20, 2017                    /s/  Peter T. Marchesi
                                         Peter T. Marchesi, Esq.
                                         **Attorney for Defendants**
                                         Wheeler & Arey, P.A.
                                         27 Temple Street, P.O. Box 376
                                         Waterville, ME  04903-0376